VILLAGE OF SPRING LAKE *v.* THUM.

PARTITION—AWARD OF COMMISSIONERS.
  Decree of court below modifying and affirming award of commissioners in partition proceedings is affirmed on appeal; question in dispute being one of fact.

Appeal from Ottawa; Miles (Fred T.), J. Submitted January 16, 1931. (Docket No. 100, Calendar No. 35,389.) Decided February 27, 1931.

Bill by Village of Spring Lake, a municipal corporation, against Otto Thum and another for partition of real estate. From decree for partition, defendants appeal. Affirmed.

*Louis H. Osterhous,* for plaintiff.

*Knappen, Uhl, Bryant & Snow,* for defendants.

Potter, J. Plaintiff, a tenant in common with defendant Otto Thum, of real estate bordering Spring lake, in Ottawa county, filed a bill against defendant Otto Thum and wife for partition thereof. After answers filed by defendants, a stipulation was entered into providing for the appointment by the trial court of three commissioners in partition. Such commissioners were appointed, made partition of the premises, and, upon the coming in and filing of their report, defendants filed exceptions thereto, and the trial court, after hearing the same, modified the report of the commissioners by giving defendants more land than was awarded them by the commissioners, and defendants appeal. The question in dispute is one of fact. Considering all the evidence, we think the conclusion arrived at by the trial court substantially correct, and its decree is affirmed, with costs.

Butzel, C. J., and Wiest, Clark, McDonald, Sharpe, North, and Fead, JJ., concurred.